**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**                                     **NO: 4:06CR00276**

**DARRYL KEITH FOSTER**                                              **DEFENDANT**

## ORDER

For the reasons stated on the record during the trial of this case, having granted

Defendant's motion for judgment of acquittal on Counts 1 through 7 of the Indictment, Counts 1-

7 are dismissed.  A mistrial is granted as to Counts 8 through 14 of the Indictment.

IT IS SO ORDERED this 17th day of September, 2008.

 

 

_____
James M. Moody
United States District Judge