IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                              CASE NO.  4:06cr00276-01 JMM

DARRYL KEITH FOSTER

ORDER

On January 11, 2010, Defendant appeared before the Court and was sentenced to a term of imprisonment. At the conclusion of the hearing, for the reasons stated on record, Defendant's motion for release pending appeal (DE #125) was granted.

A date for Defendant to report to the designated facility (if necessary) will be announced by written order following Defendant's appeal to the Circuit Court.

In addition to the conditions of release previously imposed, Defendant shall have no contact with Christine Roberts, Stephanie Foster, Phillip Ward or Joyce Ward. Defendant is warned that any violation of his conditions of release may result in the issuance of a warrant for his arrest.

The Clerk is requested to provide a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED THIS 18th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE